Robert J. Cassity, Esq.
Nevada Bar No. 9779
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
bcassity@hollandhart.com

Kyle P. Seelbach, Esq. (*pro hac vice*)
Tanya M. Maerz, Esq. (*pro hac vice*)
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105-3433
kyle.seelbach@huschblackwell.com
tanya.maerz@huschblackwell.com

*Attorneys for Defendant Express Scripts, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CONCIERGE COMPOUNDING PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>EXPRESS SCRIPTS, INC.<br><br>Defendant. | Case no: 2:16-cv-01797-JCM-CWH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PENDING MOTIONS FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

Plaintiff Concierge Compounding Pharmaceuticals ("Concierge") and Defendant Express Scripts, Inc. ("Express Scripts"), by and through their respective undersigned counsel, pursuant to Local Rule IA 6-1, for their Stipulation to Extend Time to Respond to Pending Motions for Summary Judgment, stipulate as follows:

1. On January 12, 2018, Express Scripts filed a Motion for Partial Summary Judgment [ECF No. 32] with this Court.

2. On January 16, 2018, Concierge filed a cross Motion for Summary Judgment [ECF No. 35] with this Court.

- 1 -

SLC-8491966-1

3. The parties have conferred and agreed to extend the time in which they have to respond to the pending motions for summary judgment to February 16, 2018 in light of pre-existing obligations, including a trial in another matter, in the intervening weeks.

4. Replies will be filed on or before March 2, 2018.

5. This is the first stipulation for extension of time to file motions.

6. These requests are not made for the purpose of delay and will not affect any pending hearing dates or other deadlines set by the Court.

WHEREFORE, Concierge and Express Scripts request the Court grant the relief requested herein, give both Concierge and Express Scripts up to and including February 16, 2018 in which to respond to each of the pending motions for summary judgment, give both Concierge and Express Scripts up to and including March 2, 2018 in which to reply to each of the pending motions for summary judgment, and grant such other and further relief as the Court deems just and proper.

**STIPULATED AND AGREED TO:**

Dated: January 23, 2018                                  Dated: January 23, 2018

/s/ Anthony J. Calamunci                                 /s/ Robert J. Cassity
Jack P. Burden, Esq.                                     Robert J. Cassity, Esq.
Shea A. Backus, Esq.                                     David J. Freeman, Esq.
BACKUS, CARRANZA & BURDEN                                HOLLAND & HART, LLP
3050 South Durango Drive                                 9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89117                                      Las Vegas, Nevada 89134

Anthony J. Calamunci, Esq.                               Kyle P. Seelbach, Esq.(*pro hac vice*)
*Admitted Pro Hac Vice*                                  Tanya M. Maerz, Esq.(*pro hac vice*)
FISHER BROYLES, LLP                                      HUSCH BLACKWELL LLP
6800 W. Central Ave., Suite E                            190 Carondelet Plaza, Suite 600
Toledo, Ohio 43617                                       St. Louis, Missouri 63105-3433

*Attorneys for Plaintiff Concierge*                      *Attorneys for Defendant*
*Compounding Pharmaceuticals, Inc.*                      *Express Scripts, Inc.*

IT IS SO ORDERED:

_____
Honorable James C. Mahan
United States District Judge

DATED: February 2, 2018

- 2 -

SLC-8491966-1