UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CONCIERGE COMPOUNDING PHARMACEUTICALS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> EXPRESS SCRIPTS, INC., <br><br> Defendant(s). | Case No. 2:16-CV-1797 JCM (CWH) <br><br> ORDER |

Presently before the court is the matter of *Concierge Compounding Pharm., Inc. v. Express Scripts, Inc.*, case number 2:16-cv-01797-JCM-CWH.

On August 14, 2018, the court issued an order granting summary judgment in favor of defendant Express Scripts, Inc. (ECF No. 47). On September 6, 2018, the parties filed a stipulation requesting the court to terminate the case and enter judgment. (ECF No. 48).

The court has resolved all pending claims in this case and orders defendant to submit a proposed judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to terminate the case (ECF No. 48) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant shall prepare and submit to the court a proposed judgment consistent with the court's August 14, 2018, order (ECF No. 47) within thirty (30) days of the date of this order.

DATED September 7, 2018.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**